# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN WYBRANOWSKI, : No. 233 WAL 2021
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
NORTH STRABANE TOWNSHIP, :
:
Respondent :

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

 Justice Brobson did not participate in the consideration or decision of this matter.